No. 600. RED LION BROADCASTING CO., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted. *Roger Robb* and *H. Donald Kistler* for petitioners. *Solicitor General Griswold, Assistant Attorney General Turner, Henry Geller* and *Robert D. Hadl* for respondents. *Amicus curiae* briefs were filed by *Lawrence J. McKay, Raymond L. Falls, Jr.,* and *Thomas E. Ervin* for National Broadcasting Co., Inc., and *Lloyd N. Cutler, J. Roger Wollenberg, Timothy B. Dyk, Leon R. Brooks* and *Herbert Wechsler* for Columbia Broadcasting System, Inc. ▆

No. 154. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari granted limited to Questions 1 and 2 presented by the petition which read as follows:

"1. Whether the introduction of admissions made to an undercover agent planted in petitioner's jail cell constituted a violation of petitioner's constitutional rights to counsel and against self-incrimination.

"2. Whether inculpatory admissions, obtained under circumstances like those here involved, can ever constitute harmless error."

*F. Lee Bailey* and *Alan M. Dershowitz* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondent. ▆

No. 645. JONES ET UX. *v.* ALFRED H. MAYER CO. ET AL. C. A. 8th Cir. Certiorari granted. *Sol Rabkin, Joseph B. Robison, Robert L. Carter* and *Paul Hartman* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Doar, Louis F. Claiborne* and *Richard A. Posner* for the United States, as *amicus curiae,* in support of the petition. ▆